UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA RYERSON,<br><br>         Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC. et al.,<br><br>         Defendants. | Case No.: 24-cv-489-RSH-MSB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

  Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 19. The Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own fees and costs. The Clerk of the Court is directed to close the case.

  **IT IS SO ORDERED**.

Dated:  April 7, 2025

                    *Robert S. Huie*
                    _____
                    Hon. Robert S. Huie
                    United States District Judge